NICHOLS & SHEPARD COMPANY, Respondent, v.
W. BRYEANS et al., Apellants.

St. Louis Court of Appeals, June 28, 1910.

SALES: Nichols & Shepard Company v. Bryeans, 116 Mo. App.
693, Followed. The facts and legal points involved in the
case at bar being identical with those reported in Nichols &
Shepard Company v. Bryeans, 116 Mo. App. 693, the judgment
will be affirmed, following the conclusion arrived at in that
case.

Appeal from Scott Circuit Court.—*Hon. Henry C.
Riley,* Judge.

AFFIRMED.

*A. C. Kingman* and *Russell & Deal* for appellant.

*H. C. O'Bryan* for respondent.

GOODE, J.—This appeal was filed to the Octo-
ber term, 1907, has been continued five times by stipula-
tion of counsel and was not submitted for decision un-
til February 8th of the present year, which facts ac-
count for the delay in disposing of it. We have read
the heavy abstract and find the appeal should not have
been taken; for the facts and legal points involved are
identical with those reported in Nichols & Shepard Co.
v. Bryeans, 116 Mo. App. 693, 93 S. W. 827. This ac-
tion was instituted on three notes given for the pur-
chase price of machinery described in the opinion on
the former appeal, taken in an action on another note
given for the same machinery. In the decision of that
appeal we considered the propositions of law now
raised and as we are satisfied with the conclusions then
reached, we will not re-examine the points.

The judgment is affirmed. All concur.